**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of a class of all persons and entities similarly situated, | ) ) ) ) | Case No. 1:15-cv-09025 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| OH INSURANCE AGENCY and ALLSTATE INSURANCE COMPANY, | ) ) ) | Hon. Judge Jorge L. Alonso |
| Defendants. | ) | |

**JOINT MOTION FOR EXTENSION OF TIME TO ADDRESS ISSUES RAISED BY THE COURT AT INITIAL HEARING ON MOTION FOR
<u>PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT</u>**

Plaintiff Abante Rooter and Plumbing, Inc. and Defendants Oh Insurance Agency and Allstate Insurance Company (collectively, "the Parties") jointly move the Court for an extension up to and including May 10, 2019, to address issues the Court raised at the April 17, 2019 presentment of Plaintiff's Unopposed Motion for Preliminary Approval. As grounds for the motion, the Parties state as follows:

1. At the April 17, 2019 presentment, the Court directed the Parties to address several issues by a filing on April 24, 2019, requiring the Parties to: a) make several changes to the proposed Settlement Agreement and exhibits, including simplifying the process for lodging objections to the Settlement; b) advise the Court of what could be done to increase the reach of the notice program to reach those class members whose addresses were not known; c) file a list of all cases in which Plaintiff's attorneys or their respective firms have represented Plaintiff Abante Rooter and Plumbing, Inc. or its owner Fred Heidarpour; d) file under seal a copy of the

Class List; and e) file declarations in support of the Settlement that comply with 28 U.S.C. § 1746.

2. Plaintiff has been working diligently with the Parties' proposed Settlement Administrator, KCC, to locate addresses for class members not already know through a reverse lookup. The Parties are further consulting with KCC on additional efforts that can be made to broaden the reach of notice to those class members whose addresses cannot be located. KCC advises that the reverse-lookup process will not be complete in time to meet the Court's April 24, 2019 deadline. In light of this delay, the Parties respectfully request until May 10, 2019, to complete the reverse-lookup process and make a final recommendation on addressing the issues identified by the Court in the form of amended settlement agreement materials, supported by amended declarations, together with the Class List and list of cases in which Plaintiff's counsel and their firms have represented Abante Rooter and Plumbing, Inc. and/or its owner Fred Heidarpour. A Proposed Order is submitted as Exhibit 1.

WHEREFORE, the Parties respectfully ask that the Court enter the proposed order attached as Exhibit 1, hereto, and grant the Parties an extension to address the issues raised by the Court at the initial presentment hearing on Plaintiff's unopposed motion for preliminary approval of the Parties' proposed class action settlement of this action.

Dated: April 24, 2019                                  Respectfully submitted,

ABANTE ROOTER AND PLUMBING, INC.,           OH INSURANCE AGENCY
individually and on behalf of a class of all
persons and entities similarly situated        By:  /s/ Sinjan Bose
                                                    John D. Dalton
By:  /s/ Alexander H. Burke                         Email: jdalton@kdvlaw.com
    Alexander H. Burke                              Sinjan Bose
    Email: aburke@burkelawllc.com                   Email: sbose @kdvlaw.com
    Daniel J. Marovitch                             KAUFMAN DOLOWICH & VOLUCK, LLP
    Email: dmarovitch@burkelawllc.com               135 S. LaSalle Street, Suite 2100

| | |
|---|---|
| BURKE LAW OFFICES, LLC<br>155 North Michigan Avenue, Suite 9020<br>Chicago, Illinois 60601<br>Telephone: (312) 729-5288<br><br>Edward A. Broderick (*pro hac vice*)<br>Email: ted@broderick-law.com<br>BRODERICK LAW, P.C.<br>99 High St., Suite 304<br>Boston, Massachusetts 02110<br>Telephone: (617) 738-7080<br><br>Matthew P. McCue (*pro hac vice*)<br>Email: mmccue@massattorneys.net<br>THE LAW OFFICE OF MATTHEW P. MCCUE<br>1 South Avenue, Suite 3<br>Natick, Massachusetts 01760<br>Telephone: (508) 655-1415<br><br>*Counsel for Plaintiff* | Chicago, Illinois 60603<br>Telephone: (312) 759-1400<br><br>*Counsel for Defendant Oh Ins. Agency*<br><br>ALLSTATE INSURANCE COMPANY<br><br>By:   /s/ Mark J. Levin<br>     Mark J. Levin (*pro hac vice*)<br>     Email: levinm@ballardspahr.com<br>     BALLARD SPAHR LLP<br>     1735 Market Street, 51st Floor<br>     Philadelphia, PA 19103<br>     Telephone: 215-665-8500<br><br>     Mark L. Hanover<br>     Email: mark.hanover@dentons.com<br>     Kristine M. Schanbacher<br>     Email: kristine.schanbacher@dentons.com<br>     DENTONS US LLP<br>     223 South Wacker Drive, Suite 7800<br>     Chicago, Illinois 60606<br>     Telephone: (312) 876-8000<br><br>     *Counsel for Defendant Allstate Ins. Co.* |

## **CERTIFICATE OF SERVICE**

    I certify that, on the April 24, 2019 I caused the foregoing to be filed through the Court's CM/ECF system, which will effectuate service on all counsel of record.

                                                                      /s/ Alexander H. Burke