IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of a class of all persons and entities similarly situated, | ) ) ) ) | Case No. 1:15-cv-09025 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| OH INSURANCE AGENCY and ALLSTATE INSURANCE COMPANY, | ) ) ) | Hon. Judge Jorge L. Alonso Hon. Mag. Judge Young B. Kim |
| Defendants. | ) | |

**DECLARATION OF EDWARD A. BRODERICK IN SUPPORT OF
MOTION FOR PRELIMINARY APPROVAL**

I, Edward A. Broderick, hereby declare as follows:

1.  I make this declaration in support of Plaintiff's Amended Unopposed Motion for Preliminary Approval of Class Action Settlement, to describe the work done in investigating and prosecuting the claims in the case, to set forth my qualifications to serve as class counsel, to state my opinion that the Settlement represents an excellent result for the Settlement Class and merits preliminary approval, and to detail other cases in which myself and co-counsel have represented Plaintiff or its principal, in light of the Court's inquiry during the hearing held on April 17, 2019, Dkt. 196 at 14.

2.  I am an attorney duly admitted to practice in the Commonwealth of Massachusetts, I am over 18 years of age, am competent to testify, and make this declaration on personal knowledge.

**Work Done in Investigating and Prosecuting the Case**

3.  Plaintiff filed this action on October 13, 2015.

4. I was involved in every stage of litigation in this case, from pre-trial investigation, analysis of Plaintiff's potential claims, drafting and researching the complaint and discovery work, review of documents, discovery responses, depositions and general preparation for mediation and trial. I also additionally participated in settlement negotiations and strategy, participated in the mediation process and contributed on preparing the proposed settlement agreement and motion for preliminary approval.

5. The litigation was hard fought throughout, with both defendants represented by extremely experienced and capable counsel. Plaintiff successfully opposed multiple motions to dismiss, filed an amended complaint, and reviewed thousands of pages of documents.

6. Plaintiff's counsel additionally retained two expert witnesses to identify class members and opine as to whether the dialing system qualified as an automatic telephone dialing system as defined under the Telephone Consumer Protection Act.

7. After fully developing the record, the parties participated in an all-day mediation sessions Hunter R. Hughes, III, a nationally-recognized mediator in TCPA cases on December 17, 2018. As part of the mediation process, both parties provided extensive written analyses of the legal and factual issues in the case.

8. Although the Parties did not reach a settlement in mediation, it did form the framework of direct negotiations between counsel that followed, resulting in the settlement for $10,500,000

9. Plaintiff secured a settlement with Defendants for $10,500,000. The initial estimate from KCC is that mailed notice will reach more than 90% of the class members. This plan far exceeds the benchmark of 70% notice reach endorsed by the Federal Judicial Center. *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide.*

10. In light of significant legal issues facing Plaintiff, including whether the telephone dialer used constituted an ATDS, and in light of the excellent result and the fact that class members receiving mailed notice will not need to make claims, I believe the settlement here represents an excellent result for the class and based on my experience in litigating TCPA cases, if all attorneys' fees, expenses incentive award and administration expenses are award the estimated per class member recovery would greatly exceed the ordinary per class member recovery in most approved TCPA settlements. Plaintiff's counsel estimate that the average per class member payout will be approximately $100 to $120.

11. My firm's expenses on this action to date are $29,413,53, primarily incurred on expert fees and service charges. I estimate that total final expenses between the three firm's representing Plaintiff through final approval will not exceed $50,000. The final expenses will be reconciled and presented to the Court in Plaintiff's Motion for an Award of Attorney's Fees, Expenses and a Class Representative Award to be filed thirty days after the notice deadline, well before the opt out and exclusion deadline.

**Qualifications of Counsel**

12. I have extensive experience in the prosecution of class actions on behalf of consumers, particularly claims under the TCPA. As a result of my extensive experience litigating TCPA class claims, I am well-aware of the significant time and resources needed to litigate such actions, and my firm possesses the resources necessary to prosecute these actions successfully. My firm keeps contemporaneous time records, and the rates for our attorneys and personnel are commensurate with my experience and are commensurate with market rates in Boston for attorneys with similar levels of experience. My hourly rate and that of my former partner

Anthony Paronich have been approved as reasonable by numerous federal courts in approving settlements.

13. I am a 1993 graduate of Harvard Law School. Following graduation from law school, I served as a law clerk to the Honorable Martin L.C. Feldman, United States District Judge in the Eastern District of Louisiana.

14. Following my clerkship, from 1994 to December 1996, I was an associate in the litigation department of Ropes & Gray in Boston, where I gained class action experience in the defense of a securities class action, *Schaeffer v. Timberland*, in the United States District Court in New Hampshire, and participated in many types of complex litigation.

15. From January 1997 to March 2000, I was an associate with Ellis & Rapacki, a three-lawyer Boston firm focused on the representation of consumers in class actions.

16. In March 2000, I co-founded the firm of Shlansky & Broderick, LLP, focusing my practice on complex litigation and the representation of consumers.

17. In 2003, I started my own law firm focusing exclusively on the litigation consumer class actions.

18. A sampling of other class actions in which I have represented classes of consumers follows:

   i. *In re General Electric Capital Corp. Bankruptcy Debtor Reaffirmation Agreements Litigation,* (MDL Docket No. 1192) (N.D. Ill) (nationwide class action challenging reaffirmation practices of General Electric Capital Corporation, settlement worth estimated $60,000,000.)

   ii. *Hurley v. Federated Department Stores, Inc., et al*, USDC D. Mass. Civil Action No. 97-11479-NG (nationwide class action challenged bankruptcy reaffirmation practices of Federated Department Stores and others; $8,000,000 recovery for class.)

   iii. *Valerie Ciardi v. F. Hoffman LaRoche, et al*, Middlesex Superior Court Civil Action No. 99-3244D, (class action pursuant to Massachusetts Consumer

4

|      |      |
|------|------|
|      | Protection Act, M.G.L. c. 93A brought on behalf of Massachusetts consumers harmed by price-fixing conspiracy by manufactures of vitamins; settled for $19,600,000. |
| iv.  | *Shelah Feiss v. Mediaone Group, Inc, et al*, USDC N. District Georgia, Civil Action No. 99-CV-1170, (multistate class action on behalf of consumers; estimated class recovery of $15,000,000--$20,000,000.) |
| v.   | *Mey v. Herbalife International, Inc.*, Ohio County Circuit Court (West Virginia), Civil Action No. 01-cv-263. $7,000,000 TCPA class action settlement granted final approval on February 5, 2008 following the grant of a contested class certification motion. |
| vi.  | *Mulhern v. MacLeod d/b/a ABC Mortgage Company*, Norfolk Superior Court (Massachusetts), Civil Action No. 05-01619-BLS. TCPA class settlement of $475,000 following the grant of a contested class certification motion, granted final approval by the Court on July 25, 2007. |
| vii. | *Evan Fray-Witzer, v. Metropolitan Antiques, LLC*, Suffolk Superior Court (Massachusetts), Civil Action No. 02-5827-BLS. After the grant of a contested class certification motion, a companion case went to the Massachusetts Supreme Judicial Court, which issued a decision finding insurance coverage. *See Terra Nova Insurance v. Fray-Witzer et. al.*, 449 Mass. 206 (2007). There was then a TCPA class settlement of $1,800,000 which was granted final approval. |
| viii.| *Shonk Land Company, LLC v. SG Sales Company*, Circuit Court of Kanswaha County (West Virginia), Civil Action No. 07-C-1800 TCPA class settlement for $2,450,000, final approval granted in September of 2009. |
| ix.  | *Mann & Company, P.C. v. C-Tech Industries, Inc.*, USDC, D. Mass., Civil Action No. 1:08-CV-11312-RGS, TCPA class settlement of $1,000,000, final approval granted in January of 2010. |
| x.   | *Evan Fray Witzer v. Olde Stone Land Survey Company, Inc.*, Suffolk Superior Court (Massachusetts), Civil Action No. 08-04165. TCPA class settlement $1,300,000 granted final approval on February 3, 2011. |
| xi.  | *Milford & Ford Associates, Inc. and D. Michael Collins vs. Cell-Tek, LLC*, USDC, D. Mass., Civil Action No. 1:09-cv-11261-DPW. TCPA class settlement of $1,800,000, final approval granted August 17, 2011. |
| xii. | *Collins v. Locks & Keys of Woburn, Inc.*, Suffolk Superior Court (Massachusetts), Civil Action No. 07-4207-BLS2, TCPA class settlement of $2,000,000 following the granting of a contested class certification motion, granted final approval on December 14, 2011. |

xiii. *Brey Corp t/a Hobby Works v. Life Time Pavers, Inc.*, Circuit Court for Montgomery County (Maryland), Civil Action No. 349410-V, TCPA class settlement of $1,575,000 granted final approval in March of 2012.

xiv. *Collins, et al v. ACS, Inc. et al*, USDC, D. Mass., Civil Action No. 10-CV-11912, TCPA class settlement $1,875,000 granted final approval on September 25, 2012.

xv. *Desai and Charvat v. ADT Security Services, Inc.*, USDC, ND. Ill., Civil Action No. 11-CV-1925, TCPA class settlement of $15,000,000 granted final approval on June 21, 2013.

xvi. *Kensington Physical Therapy, Inc. v. Jackson Therapy Partners, LLC*, USDC, D. MD, Civil Action No. 11-CV-02467, TCPA class settlement of $4,500,000 granted final approval on February 12, 2015.

xvii. *Jay Clogg Realty Group, Inc. v. Burger King Corporation*, USDC, D. MD., Civil Action No. 13-cv-00662, TCPA class settlement of $8,500,000 granted final approval on April 15, 2015.

xviii. *Charvat v. AEP Energy, Inc.,* USDC, ND. Ill., 1:14-cv-03121, TCPA class settlement of $6,000,000 granted final approval on September 28, 2015.

xix. *Mey v. Interstate National Dealer Services, Inc.*, USDC, ND. Ga., 1:14-cv-01846-ELR, TCPA class settlement of $4,200,000 granted final approval on June 8, 2016.

xx. *Philip Charvat and Ken Johansen v. National Guardian Life Insurance Company*, USDC, WD. Wi., 15-cv-43-JDP, TCPA class settlement for $1,500,000 granted final approval on August 4, 2016.

xxi. *Bull v. US Coachways, Inc.*, USDC, ND. Ill., 1:14-cv-05789, TCPA class settlement finally approved on November 11, 2016 with an agreement for judgment in the amount of $49,932,375 and an assignment of rights against defendant's insurance carrier.

xxii. *Toney v. Quality Resources, Inc., Cheryl Mercuris and Sempris LLC, et al.*, USDC, ND. Ill., 1:13-cv-00042, TCPA class settlement of $2,150,000 was granted final approval on December 1, 2016 with one of three defendants, and an assignment of rights against defendant's insurance carrier. Second settlement on behalf of class against two remaining defendants of $3,300,000 granted on September 25, 2018.

xxiii. *Smith v. State Farm Mut. Auto. Ins. Co. , et. al.,* USDC, ND. Ill., 1:13-cv-02018, TCPA class settlement of $7,000,000.00 granted final approval on December 8, 2016.

xxiv. *Mey v. Frontier Commc'ns Corp.*, USDC, D. Ct., 3:13-cv-1191-MPS, a TCPA

|       |   |
|-------|---|
|       | class settlement of $11,000,000 granted final approval on June 2, 2017. |
| xxv.  | *Biringer v. First Family Insurance, Inc.*, USDC, ND. Fla., a TCPA class settlement of $2,900,000 granted final approval on April 24, 2017. |
| xxvi. | *Abramson v. Alpha Gas and Electric, LLC,* USDC, SD. NY., 7:15-cv-05299-KMK, a TCPA class settlement of $1,100,000 granted final approval on May 3, 2017. |
| xxvii. | *Heidarpour v. Central Payment Co.*, USDC, MD. Ga., 16-cv-01215, a TCPA class settlement of $6,500,000 granted final approval on May 4, 2017. |
| xxviii. | *Abante Rooter and Plumbing, Inc. v. New York Life Insurance Company,* USDC, SD. NY., 1:16-cv-03588-BCM, a TCPA class settlement of $3,250,000 granted final approval on February 27, 2018. |
| xxix. | *Abramson v. CWS Apartment Home, LLC*, USDC, WD. Tex., 16-cv-01215, a TCPA class settlement of $368,000.00 granted final approval on May 19, 2017. |
| xxx.  | *Thomas Krakauer v. Dish Network, L.L.C.*, USDC MDNC, Civil Action No. 1:14-CV-333 on September 9, 2015. Following a contested class certification motion, this case went to trial in January of 2017 returning a verdict of $20,446,400. On May 22, 2017, this amount was trebled by the Court after finding that Dish Network's violations were "willful or knowing", for a revised damages award of $61,339,200. (Dkt. No. 338). |
| xxxi. | *Mey v. Got Warranty, Inc., et. al.*, USDC, NDWV., 5:15-cv-00101-JPB-JES, a TCPA class settlement of $650,000 granted final approval on July 26, 2017. |
| xxxii. | *Mey v. Patriot Payment Group, LLC*, USDC, NDWV., 5:15-cv-00027-JPB-JES, a TCPA class settlement of $3,700,000 granted final approval on July 26, 2017. |
| xxxiii. | *Charvat and Wheeler v. Plymouth Rock Energy, LLC*, et al, USDC, EDNY, 2:15-cv-04106-JMA-SIL, a TCPA class settlement of $1,675.000 granted final approval on July 31, 2018. |
| xxxiv. | *Mey v. Venture Data, LLC and Public Opinion Strategies*, USDC, NDWV, 5:14-cv-123. Final approval of TCPA settlement granted on September 8, 2018. |
| xxxv. | *In Re Monitronics International, Inc. Telephone Consumer Protection Act Litigation*, USDC, NDWV, 1:13-md-02493-JPB-MJA, a TCPA class settlement of $28,000,000 granted final approval on June 12, 2018. |
| xxxvi. | *Abante Rooter and Plumbing, Inc. v. Alarm.com, Inc.*, USDC, NDCA 4:15-cv-06314-YGR. TCPA class settlement of $28,000,000 granted preliminary approval on December 19, 2018. |

7

xxxvii. *Abante Rooter and Plumbing, Inc. v. Alarm.com, Inc.*, USDC, NDCA 4:15-cv-06314-YGR. TCPA class settlement of $28,000,000 granted preliminary approval on December 19, 2018.

19. The cases listed below are actions in which I and my firm, as well as my co-counsel Matthew P. McCue and his firm The Law Office of Matthew P. McCue Corp., have represented Plaintiff Abante Rooter and Plumbing, Inc. or its owner Fred Heidarpour, other than the instant action. Of the listed cases, the only case other than this action in which Alexander H. Burke and Daniel J. Marovitch of Burke Law Offices, LLC represented Fred Heidarpour or Abante Rooter and Plumbing, Inc. is *Abante Rooter & Plumbing, Inc. v. Pmax Commercial Ins. Servs., Inc.*, No. 1:15-cv-07722 (N.D. Ill.):

i. *Abante Rooter & Plumbing, Inc. v. Direct Energy LP*, No. 3:16-cv-01162 (N.D. Cal.) (case closed).

ii. *Abante Rooter & Plumbing, Inc. v. Pivotal Payments, Inc*, No. 3:16-cv-05486 (N.D. Cal.) (final approval of class settlement of $9,000,000 granted on Oct. 15, 2018).

iii. *Heidarpour v. Central Payment Co.*, No. 4:15-cv-00139 (M.D. Ga.) (TCPA class settlement of $6,500,000 granted final approval on May 4, 2017).

iv. *Abante Rooter & Plumbing, Inc. v. New York Life Ins. Co.*, No. 1:16-cv-03588 (S.D.N.Y.) (TCPA class settlement of $3,250,000 granted final approval on Feb. 27, 2018).

v. *Abante Rooter & Plumbing, Inc. v. Birch Commc'ns, Inc.*, No. 1:15-cv-03562 (N.D. Ga.) (TCPA class settlement of $12,000,000 granted final approval on Dec. 14, 2017).

vi. *Abante Rooter & Plumbing, Inc. v. Alarm.com, Inc.*, No. 4:15-cv-06314 (N.D. Cal.) (TCPA class settlement of $28,000,000 granted preliminary approval on Dec. 19, 2018).

vii. *Abante Rooter & Plumbing, Inc. v. Pmax Commercial Ins. Servs., Inc.*, No. 1:15-cv-07722 (N.D. Ill.) (TCPA cases settled on individual basis and dismissed on Nov. 2, 2016).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 10, 2019.

Edward A. Broderick