## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of a class of all persons and entities similarly situated, | )<br>)  Case No. 1:15-cv-09025<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| OH INSURANCE AGENCY and ALLSTATE INSURANCE COMPANY, | )  Hon. Judge Jorge L. Alonso<br>)  Hon. Mag. Judge Young B. Kim<br>) |
| Defendants. | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE EXTRA PAGES IN MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Abante Rooter and Plumbing, Inc., without opposition from Defendants, Oh Insurance Agency and Allstate Insurance Company, hereby moves the Court for leave to file a overlength brief in support of its Unopposed Motion for Preliminary Approval of Amended Class Action Settlement. Plaintiff respectfully submits that addressing all of the Rule 23 factors and reasons for approval requires extra pages.

A proposed Order is submitted as Exhibit 1.

        Respectfully submitted,

        ABANTE ROOTER AND PLUMBING, INC.,
        individually and on behalf of a class of all persons and
        entities similarly situated

Dated: May 10, 2019         By:  */s/ Alexander H. Burke*
                              Alexander H. Burke
                              Email: aburke@burkelawllc.com
                              Daniel J. Marovitch
                              Email: dmarovitch@burkelawllc.com
                              BURKE LAW OFFICES, LLC
                              155 North Michigan Avenue, Suite 9020
                              Chicago, Illinois 60601

Telephone: (312) 729-5288

Edward A. Broderick
Email: ted@broderick-law.com
BRODERICK LAW, P.C.
99 High Street, Suite 304
Boston, Massachusetts 02110
Telephone: (617) 738-7080

Matthew P. McCue (appearance forthcoming)
Email: mmccue@massattorneys.net
THE LAW OFFICE OF MATTHEW P. MCCUE
1 South Avenue, Suite 3
Natick, Massachusetts 01760
Telephone: (508) 655-1415

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2019, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

            */s/ Alexander H. Burke*
            Alexander H. Burke