IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of a class of all persons and entities similarly situated, | ) ) ) ) | Case No. 1:15-cv-09025 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| OH INSURANCE AGENCY and ALLSTATE INSURANCE COMPANY, | ) ) ) | Hon. Judge Jorge L. Alonso Hon. Mag. Judge Young B. Kim |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE EXTRA PAGES IN MOTION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARD**

Plaintiff Abante Rooter and Plumbing, Inc. seeks leave to file a twenty two page Motion for Award of Attorney's Fee, Expenses and Incentive Award. Plaintiff respectfully submits that addressing litigation history and factors to be considered in awarding fees requires extra pages.

A Proposed Order is submitted as Exhibit 1.

Respectfully submitted,

PLAINTIFF,
individually and on behalf of a class of all persons
and entities similarly situated

Dated: August 15, 2019    By: /s/ *Edward A. Broderick*
Edward A. Broderick
Email: ted@broderick-law.com
BRODERICK LAW, P.C.
99 High Street, Suite 304
Boston, Massachusetts 02110
Telephone: (617) 738-7080

Alexander H. Burke
Email: aburke@burkelawllc.com
BURKE LAW OFFICES, LLC
155 North Michigan Avenue, Suite 9020
Chicago, Illinois 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289

Matthew P. McCue (appearance forthcoming)
Email: mmccue@massattorneys.net
THE LAW OFFICE OF MATTHEW P. MCCUE
1 South Avenue, Suite 3
Natick, Massachusetts 01760
Telephone: (508) 655-1415
Facsimile: (508) 319-3077

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2019, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    /s/ *Edward A. Broderick*
    Edward A. Broderick